**Joel GARCIA–GONZALEZ,
Petitioner–Appellant**

v.

**UNITED STATES of America; Bureau
of Prisons; Warden, RCDC III; Geo
Group; Department of Homeland Se-
curity, Respondents–Appellees.**

No. 12–51053
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 26, 2013.

Joel Garcia–Gonzalez, Pecos, TX, pro se.

Gary Layton Anderson, Assistant U.S.
Attorney, U.S. Attorney's Office, San An-
tonio, TX, for Respondents–Appellees.

Before KING, CLEMENT, and
HIGGINSON, Circuit Judges.

PER CURIAM: *

Joel Garcia–Gonzalez, federal prisoner
# 89326–079, an alien against whom the
Bureau of Immigration and Customs En-
forcement has issued a detainer subjecting
him to immediate removal from the United
States upon release from Bureau of Pris-
ons (BOP) custody, moves this court to
proceed in forma pauperis (IFP) to appeal
the denial of his 28 U.S.C. § 2241 petition
challenging the BOP's exclusion of him
from rehabilitation programs and halfway
houses. His arguments are foreclosed by
this court's decision in *Gallegos–Hernan-*

---

* Pursuant to 5TH CIR. R. 47.5, the court has
  determined that this opinion should not be
  published and is not precedent except under

*dez v. United States,* 688 F.3d 190, 192–93
(5th Cir.), *cert. denied,* —— U.S. ——, 133
S.Ct. 561, 184 L.Ed.2d 365 (2012).

Accordingly, Garcia–Gonzalez's motion
to proceed IFP is DENIED, and his ap-
peal is DISMISSED as frivolous. *See* 5TH
CIR. R. 42.2.

the limited circumstances set forth in 5TH
CIR. R. 47.5.4.